# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITY COURIER SERVICE, INC., a California corporation, and ALI SHARIFI,<br><br>Plaintiffs,<br><br>vs.<br><br>HUDSON INSURANCE COMPANY, DOES 1 through 20,<br><br>Defendants. | CASE NO. 2:18-cv-08143-RGK-GJS<br><br>**JUDGMENT IN FAVOR OF DEFENDANT HUDSON INSURANCE COMPANY AND AGAINST PLAINTIFFS**<br><br>Pre-Trial Conf.: 09/16/2019<br>Trial Date: 10/01/2019 |

Defendant Hudson Insurance Company's ("Hudson") Motion for Summary was briefed and submitted to the Court for a decision, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED AND DECREED:

That judgment in the above-captioned action shall be entered in favor of Hudson and against Plaintiffs Unity Courier Service, Inc. and Ali Sharifi.

DATED: September 4, 2019

_____
The Honorable R. Gary Klausner
United States District Judge